# CRIMINAL DOCKET - U.S. District Court

**CASE FILED:** 09/20/89
**Docket No.:** 00098
**Def.:** 01
**U.S. MAG. CASE NO.:** 89-127 JEC

**PO:** 0864 3 6414
**Felony:** X
**VS.:** MURDOCK, GREGORY
**ALIAS:** Prentice Parker
**No. of Def's:** 2

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2113(a) | Bank Robbery - Cts 1 & 2 | 2 |
| 18:2113(a)(d) | Armed bank robbery - Cts 3 & 4 | 2 |
| 18:924(c)(1) | Use & carry a firearm during a crime of violence Cts 6 & 7 | 2 |

**CLOSED**

**NEW SENTENCING GUIDELINES 11-1-87**

## II. KEY DATES

- **INTERVAL ONE KEY DATE (Earliest of):** 09/06/89 — [X] arrest
- **END ONE / BEGIN TWO KEY DATE:** 09/20/89 — [X] Indictment filed/unsealed
- Additional key date: 9-26-89
- **END INTERVAL TWO KEY DATE:** 01-19-90 — [X] Trial (voir dire) began

- **1st appears with or waives counsel / ARRAIGNMENT:** 9/26/89
- **DISPOSITION DATE:** 1-23-90
- **SENTENCE DATE:** 4-9-90

## III. MAGISTRATE

- **INITIAL APPEARANCE DATE:** 9/6/89 — JEC
- **PRELIMINARY EXAMINATION Date Scheduled:** 9/6/89 — JEC
- **Date Held:** 9/8/89 — JEC
- **OUTCOME:** [X] HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT

- **Arrest Warrant Issued:** 9/6/89 JEC
- **COMPLAINT:** 9/6/89 JEC
- **Date of Arrest:** 9/6/89

Assigned to Judge Magnuson per CR L#254    David Lavine - P.O.

## IV. ATTORNEYS

U.S. Attorney or Asst.: ~~Joan E. Lancaster~~ (#34727) Chris Bebel
Co-deft: Jody Lynn Richardson

Defense: 1 [X] CJA

**Withdraw granted**
~~Faison T. Sessoms (145274)~~
~~640 Midland Square Bldg~~
~~331 Second Avenue South~~
~~Minneapolis, MN 55401~~
~~(612) 333-6113~~

Appt'd 3/28/90

Daniel Scott (98395)
174 U.S. Courthouse
110 South Fourth Street
Minneapolis, Mn 55401
(612) 348-1755

2255 MOTION #79

Gregory Murdock
Reg No 04199-041
USP Leavenworth
P O Box 1000
Leavenworth KS 66048-1000

**DETAINED**

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO. | Yr. 89 | Doc. No. 00098 | 01 | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PROCEEDINGS DOCKET FOR SINGLE DEFENDANT  PAGE 2 OF | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | V. PROCEEDINGS | | | |
| | | | | **Gregory Murdock**           (Magnuson) | | | |
| 09/06/89 | A | | | COMPLAINT w/attached affidavit of Kevin J. Crawford, FBI. | Start | PO | SIRS |
| | B | | | Warrant ret'd exec 09/06/89 | Start | LC | SIRS |
| | C | | | MINUTES (JEC) **INITIAL APPEAR:** PD appt'd. Deft detained. Prlim/detention 9/8/89 @ 3 p.m. | Start | P | SIRS |
| | D | | | ORDER (JEC) OF TEMPORARY DETENTION | | | |
| 09/08/89 | E | | | MINUTES (JEC/tape) PRELIM /DETENTION HRG: B.O.D.C. Deft detained | | | |
| 09/14/89 | F | | | CJA-20 for app't of Faisn T. Sessoms. | | | |
| 09/14/89 | G | | | ORDER (JEC) FOR TEMPORARY CHANGE OF CUSTODY | | | |
| 09/20/89 | 1 | | | INDICTMENT (PAM/Liz Gangl) Ordered cont'd from JEC 89-127. Date of offense August & September 1989.  **4 pgs** dd | Start w/1st appear | P2 | |
| 09/26/89 | 2 | | | ORDER (JEC 9/25/89) OF DETENTION PENDING TRIAL | | | |
| | 3 | | | MINUATES (FEB/tape 328) **ARRAIGN:** Plea of not guilty entered. Motions due 10/6/89; heard 09/11/89 @ 2 p.m. Deft ret'd to custody of USM. | START | P2 | sirs |
| 09/28/89 | 4 | | | ARRAIGN ORDER (9/27/89) same as docket #3 above. (cc:attys) | | | |
| | | | | **DEFT'S PRETRIAL MOTIONS TO/FOR:** | | | |
| 10/03/89 | 5 | | | Discovery & Inspection | 10/03/89 | E | ✓ |
| | 6 | | | Sever | | | |
| | 7 | | | Suppress statements & evidence obtained through illegal search | | | |
| | 8 | | | Suppress eyewitness identification | | | |
| | 9 | | | Disclosure of exculpatory evidence & impeaching information | | | |
| | 10 | | | Early disclosure of Jencks Act material | | | |
| | 11 | | | Mo & Memo to retain rough notes | | | |
| | 12 | | | Require notice of intention to use Rule 404 (B) evidence | | | |
| | 13 | | | Join other deft's motions | | | |
| 10/11/89 & 10/17/89 | 14 | | | MINUTES (FEB/Karen Gruffman) Motiond hrg: motions taken under advisement. R & R and Order to follow. | | | |
| 11/01/89 | 15 | | | ORDER (FEB) **GRANTING:** discovery & inspection; retain agents' notes; **DENIED:** require notice of intention to use Rule 404 (B) evidence. **GRANTED IN PART, DENIED IN PART:** disclosure of exculpatory evidence & impeaching info; **GRANTED:** early disclosure of Jencks Act material; **DENIED AS MOOT:** join other deft's motions. (cc:attys) **3 pgs** dd | | | |

CONTINUED TO PAGE

| | UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U. S. vs Gregory Murdock (Magnuson) | 3 | 89 00098 01 |
|---|---|---|---|---|
| AO 256A | | | | Yr.  Docket No.  Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11/03/89 | 16) REPORT & RECOMMENDATION (FEB) that deft's motion to suppress evidence obtained thru illegal search s/b denied; suppress statements denied as moot; suppress eyewitness identification s/b denied; severance, recommended that motion be granted to the extent that cts 4,5, & 7 be servered for a separate trail of deft's on the Norwest Midland robbery, or in the alternative, that deft Murdock's motion be denied in its entirety & deft Richard's motion be granted for a separate trial on ct 5. (cc:attys) 27 pgs dd | 11/04/89 G sirs |
| 11/16/89 | 17) Deft's objections to Magistrate's Report & Recommendation & Order. (dd) | 12/3/89 30 days/sirs |
| 11/27/89 | 18) TRANSCRIPT of motion hrg b/4 FEB on 10/11/89. SEPARATE | |
| | 19) TRANSCRIPT of cont'd motion hrg b/4 FEB on 10/17/89. SEPARATE | |
| 12/04/89 | 20) Deft's motion to allow deft to proceed pro se. | 12/04/89 E sirs |
| 12/08/89 | 21) MINUTES (PAM/EGA) Deft's motion to proceed pro se Deft withdrew motion - trial set 1/16/90 | 12/08/89 sirs |
| 01/09/90 | 22) CJA-24, payable to Karen Grufman in the amt of $192.00 | |
| 01/17/90 | 23) MINUTES (EJD/BT) Status conference; trial 01/18/90 @ 9:30 a.m. (dd) | |
| 01/17/90 | 24) ORDER (EJD) that the deft's objections to FEB's Report Recommendation, & Order are DENIED. (cc:attys) 8 pgs dd | |
| 01/18/90 | 25) JURY PANEL RECORD | STOP P2 |
| | 26) Ex Parte Application & ORDER (EJD) for issuance of subpoenas on behalf of deft. (cc:USM) **FILED UNDER SEAL - NOT TO BE OPENED W/O COURT ORDER** | |
| | 27) MINUTES (EJD/BT) **1st Day of Jury Trial:** Jurors impaneled & sworn. Opening statements made by both parties. (dd) | |
| 01/19/90 | 28) MINUTES (EJD/BT) Status Conferenc: Case to resume at 9:30 on 01/22/90. (dd) | |
| 01/19/90 | 29) Petition & ORDER (FEB) Writ/Testificandum of Jody Lynn Richardson b/4 EJD on 01/22/90 @ 10:30 a.m. Writ issued. (cc:USM) | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT |||||
|---|---|---|---|---|
| CRIMINAL DOCKET | | Gregory Murdock | (Magnuson) | CR 3-89-98 (1) |
| AO 256A ||||

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||
|---|---|---|---|---|
|  | (Document No.) | (a) \| (b) | (c) | (d) |
| 01/22/90 | 30) MINUTES (EJD/BT) **2nd day of jury trial:** Gov't rests, gov't rests on rebuttal. Gov't presents closing arguments, rebuttal arguments. Deft rests, deft presents closing argument. Deft's motion to dismiss counsel; suppress eyewitness ID; dismiss &/or grant mistrial, all motions denied. Court instructs jury as to the law. Marshal is sworn. Deliberations begin at 3:09 p.m. Jury retires @ 5 p.m. to resume at 9 a.m. (dd) | | | |
|  | 31) Deft's pro se motion to suppress eyewitness ID | | | |
|  | 32) Deft's pro se motion to dismiss based on govt's failure to comply w/discovery & inspection | | | |
|  | 33) Deft's pro se motion to dismiss counsel based on ineffectiveness | | | |
|  | 34) Deft's exhibit list | | | |
|  | 35) Govt's exhibit list       EXHIBITS RET'D TO COUNSEL 01/23/90 | | | |
| 01/23/90 | 36) MINUTES (EJD/BT) **Cont'd deliberations:** Question #1 rec'd @ 11:45 a.m. Deft's exhibit # 1 was ret'd to FBI in Milwaukee. Jury returns w/verdict of guilty on cts 1,3,6,4 & 7, not guilty as to ct 2. Jurors polled & all concur. Jurors excused. PSI ordered. Deft ret'd to custody of USM. Exhibits ret'd to counsel. (dd) | | | |
|  | 37) Jury Instructions | | | |
|  | 38) Jury question #1 w/answer | | | |
|  | 39) **VERDICT - guilty on cts 1,3,6, & 4, not guilty on ct 2** | START | P4 | sir: |
| 02/06/90 | 40) CJA-21, payable to Michael Grostyan in the amt of $1,60.11 (dd) | | | |
| 02/22/90 | 41) Deft's pro se motions in letter form - Dated: 01/30/90; 02/08/90; 02/09/90; & 02/11/90 | | | |
| 02/23/90 | 42) Deft's pro se motion for return of seized property, dated 02/19/90; motion for medical trmt dated 02/19/90; motion for copies of trial transcripts, dated 02/19/90 dd | | | |
| 02/27/90 | 43) Motion to withdraw as counsel for deft | | | |
| 03/13/90 | 44) Govt's objections to Presentence Report | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U. S. vs Gregory Murdock (Magnuson)  3 | 89 | 00098 | 01

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 03/20/90 | 45) | Deft's pro se motion for New Trial | |
| | 46) | Deft's pro se motion for Hrg to Show that Plain Error Exist | |
| | 47) | Deft's pro se motion for assignment of counsel & that present atty be allowed to withdraw ineffectiveness | |
| | 48) | Deft's pro se motion for hrg & suppress of eyewitness identification(s) | |
| 03/28/90 | 49) | MINUTES (EJD/BRT) Deft's counsel motion to withdraw: Motion granted - Daniel M. Scott appt'd. | |
| 03/27/90 | 50) | Position of deft w/respect to sentencing factors rec'd in Mpls 3/27/90 rec'd in STP 3/28/90 | |
| 03/28/90 | 51) | MINUTES (EJD/BRT) Motion for continuance of sentencing argued & granted. Cont'd to 4/2/90 @ 10 a.m. | |
| 03/30/90 | 52) | Govt's objections to addedum to presentence report | |
| 04/09/90 | 53) | Deft's motion for new trial & post-conviction relief | |
| | 54) | Position of deft re: Sentencing | |
| | 55) | MINUTES (EJD/BRT) **SENTENCING:** Custody of BOP for 240 mos on ct 1; 300 mos on ct 3; 300 mos on ct 4; served concurrent. 60 mos on ct 6 mandatory serve consecutive to cts 1,3 & 4; 60 mos on ct 7 mandatory serve consecutive to cts 1,3,4 & 6. Supervised release cts 3 & 4, 5 yrs; cts 1,6,7, 3 yrs concurrent. Total sentence custody for 35 yrs, 5 yrs supervised release. | |
| | 56) | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT + copies dist'd   4 pgs | |
| 04/10/90 | 57) | **NOTICE OF APPEAL** by deft from Judgment entered on 04/09/90. | 90-5178 |
| 04/13/90 | 58) | Report of Statements of Reasons for Imposing Sentence (EJD 4/10/90) copies dist'd  1 pg | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

Gregory Murdock (Magnuson)    CR 3-89-98 (1)

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 05/07/90 | 59) TRANSCRIPT of Jury Trial b/4 EJD on 01/18/90. Vol I. [SEPARATE] | |
| | 60) TRANSCRIPT of Jury Trial b/4 EJD on 01/19/90, absent the Jury for the purposes of discussing Jury instructions. Vol II. [SEPARATE] | |
| | 61) TRANSCRIPT of Jury Trial b/4 EJD on 01/22/90. Vol III. [SEPARATE] | |
| | 62) TRANSCRIPT of Jury Trial b/4 EJD on 01/23/90. Vol IV. [SEPARATE] | |
| | 63) TRANSCRIPT on Defense Counsel's Motion to Withdraw b/4 EJD on 03/28/90. [SEPARATE] | |
| | 64) TRANSCRIPT on motion to continue sentencing b/4 EJD on 03/28/90. [SEPARATE] | |
| | 65) TRANSCRIPT of Sentencing b/4 EJD on 4/9/90. [SEPARATE] | |
| | Docket Nos 59 thru 65 delv'd to the U.S.C.A. on 5/8/90 | dd |
| 05/08/90 | 66) Judgmt Including Sentence Under the Sentencing Reform Act ret'd w/Marshal service on 5/2/90 to USP, Leavenworth. | |
| 05/14/90 | 67) MEMORANDUM & ORDER (EJD) that deft's 28:2255 motion for a new trial is DISMISSED as premature because it was filed during pendency of a direct appeal; deft's Rule 33 motion for new trial is DENIED on its merits. (cc:attys) 6 pgs | |
| 06/01/90 | 68) Deft's motion to correct the record. | |
| 07/02/90 | 69) TRANSCRIPT of hrg to proceed pro se b/4 PAM on 12/08/89. SEPARATE | |
| | 70) TRANSCRIPT of Status Conf b/4 EJD on 01/17/90. SEPARATE | |
| | Docket #'s 69 & 70 sent to USCA on 7/2/90 (St. Paul) | |
| 07/12/90 | 71) Affidavit of Gregory Murdock Re: Motion to correct the record. | |
| 08/03/90 | 72) Affidavit of Christopher J. Bebel | |
| 08/07/90 | 73) Affidavit of Bruce R. Tiffany | |
| 08/16/90 | 74) ORDER (EJD) that deft's motion to amend the record is DENIED. (cc:attys) 3 pgs | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U.S. vs Gregory Murdock (Magnuson)    3 | 89 | 00098 | 01

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 09/25/90 | 75) TRANSCRIPT of ARRAIGN hrg b/4 FEB on 09/26/89. SEPARATE | |
| | 76) TRANSCRIPT of Prelim/Detention hrg b/4 JEC on 09/08/89. SEPARATE | |
| 04/15/91 | MANDATE: #90-5178MN | |
| | 77) CERTIFIED COPY OF OPINION OF THE COURT OF APPEALS (ARNOLD, MAGILL & BATTEY) AFFIRMING THE CONVICTION. | |
| | 78) CERTIFIED COPY OF JUDGMENT OF THE COURT OF APPEALS (3/20/91) THE JUDGMENT OF THE DISTRICT COURT IN THIS CAUSE IS AFFIRMED IN ACCORDANCE WITH THE OPINION OF THIS COURT (COPIES DIST'D) | |
| 04/04/94 | 79) 2255 MOTION TO VACATE SENTENCE<br><br>Civil Action #3-94-316 assigned for statistical purposes only.<br><br>File ordered from record center.<br><br>Motion to proceed IFP forwarded to Judge Magnuson. | |
| 04/04/94 | 80) Exhibits A thru H in support of 2255 motion. [separate] | |
| 04/04/94 | 81) Application to proceed IFP, granted by PAM 4/4/94. (cc: deft) 2 pgs | |
| 05/13/94 | 82) Govt's response to in opposition to petitioner's 2255 motion. 8 pgs | |
| 05/17/94 | 83) ORDER (PAM) that petitioner's motion to vacate his sentence (doc #79) is denied. (cc: AUSA, deft & CV Clerk) 4 pgs | |
| 05/31/94 | 84) Petitioner's response to govt's opposition brief & order of denial by the district court. 16 pgs | |
| 06/09/94 | 85) ORDER (PAM) that petitioner's motion to repeal the Court's Order (doc #84) is DENIED.. LET JUDGMENT BE ENTERED ACCORDINGLY. (cc: AUSA & deft) 2 pgs | |
| | 86) JUDGMENT ENTERED. 1 pg | |
| | 87) NOTICE OF APPEAL by deft from Order entered 05/17/94 (doc #83) & Order entered 06/09/94 (doc #85). 4 pgs | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  AO 256A

Gregory Murdock   (Magnuson)   CR 3-89-98 (1)

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 05/30/95 | 88) CERT/COPY OF OPINION OF THE USCA (5/22/95) Fagg, Magill Beam) AFFIRMING THE DISTRICT COURT. 3 pgs | | | | |
| | 89) CERT/COPY OF JUDGMENT OF THE USCA - JUDGMENT OF THE DISTRICT COURT IN THIS CAUSE IS AFFIRMED IN ACCORDANCE WITH THE OPINION OF THIS COURT. (copies dist'd) MANDATE ISSUED 5/23/95 1 pg | | | | |
| 08/23/95 | 89) Notice of filing petition for certiorari. 1 pg | | | | |
| 10/16/95 | 90) ORDER from Supreme Court denying petition for certiorari. 1 pg | | | | |
| 11/21/96 | 91) Govt's motion & ORDER (JEC 11/19/96) that the FBI may destroy the .32 calibar double barreled Derringer styled pistol manufactured by Davis, Model D, Serial Number 134845. (cc: USM & AUSA) 2 pgs | | | | |
| 6/27/05 | 92) CERTIFIED COPY OF JUDGMENT FROM THE UNITED STATES COURT OF APPEALS that deft's petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith. 1pg  LEG | | | | |
| 12/12/05 | 93) NOTICE FROM SUPREME COURT OF THE UNITED STATES the petition for a writ of certiorari in the above entitled case was filed on 11/18/05 and placed on the docket 11/30/05 as No. 05-7821. 1 pg (mkf) | | | | |
| 7/23/21 | (Court Only) *** Staff Note: All docketing in this case on CM/ECF as of 7/23/21 | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days